FIORE DI COSTANZO, PLAINTIFF-APPELLANT, v. MATTHEWS CONSTRUCTION COMPANY, DEFENDANT-RESPONDENT.

Argued January 25, 1971—Reargued April 5, 1971—
Decided April 12, 1971.

*Mrs. Ruth Rabstein* argued the cause for appellant (*Pellettieri and Rabstein,* attorneys; *Mr. Robert A. Gladstone,* on the brief).

*Mr. Fred R. Daniels* argued the cause for respondent (*Mr. John W. Taylor,* attorney; *Mr. Fred R. Daniels,* of counsel).

PER CURIAM. The court being equally divided, the judgment of the Appellate Division whose opinion is reported in 110 *N. J. Super.* 383 (1970) is affirmed.

*For affirmance*—Justices FRANCIS, HALL and MOUNTAIN —3.

*For reversal*—Chief Justice WEINTRAUB and Justices JACOBS and PROCTOR—3.